**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

IN RE:     Kroger Company
           Securities Litigation

Case No. 1:01-cv-265

# JUDGMENT

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that** Defendants' motion to dismiss is **GRANTED** and the consolidated complaint is **DISMISSED WITH PREJUDICE** as to both defendants.

Date: February 10, 2004             James Bonini, Clerk

            By: s/Mary C. Brown
                Mary C. Brown, Deputy Clerk